**Paul GUZZARDO, Appellant,**

v.

**VANDEVENTER SPRING REDEVELOPMENT CORPORATION**

and

**Washington University, Respondents.**

**ED 104288**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: October 25, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied December 1, 2016

Application for Transfer Denied January 31, 2017

Paul Guzzardo, Macomb, IL, Appellant Acting Pro se,

Sandra J. Wunderlich, Cicely I. Lubben, Stinson Leonard Street LLP, St. Louis, MO, for respondent Vandeventer Sp. Redev.

Douglas W. King, Shands, Elbert, Gianoulakis & Giljum, LLP, St. Louis, MO, for respondent Washington University.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Paul Guzzardo appeals from a grant of summary judgment in favor of defendants Vandeventer Spring Redevelopment Cor-poration and Washington University St. Louis. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).